DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEROME PRICE, Bar #282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KEVIN A. RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. F4297301 |
| ) | |
| *Plaintiff,* ) | WAIVER OF DEFENDANT'S PERSONAL |
| ) | PRESENCE AT PRETRIAL PROCEEDINGS; |
| v. ) | ORDER |
| ) | |
| KEVIN A. RAMIREZ, ) | |
| ) | |
| *Defendant.* ) | Judge: Jennifer L. Thurston |
| _____ ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant, having been advised of the right to be present at all stages of the proceedings, including but not limited to presentation of arguments on questions of law, to be confronted by and to cross-examine all witnesses, to present evidence in his own defense, and to litigate all issues by either jury or court trial, hereby waives the right to be personally present in open court upon the hearing of any non-substantive proceeding in this case, including any status conference, motions hearing, review hearing, trial confirmation, and/or when a continuance is ordered, and hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his/her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to defendant's

///

attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of his appearance at said time and place.

The defendant further acknowledges that he has been informed of his rights under Title 18, U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and dates under that Act without his personal presence.

Defendant is a juvenile and would have to obtain transportation from Anaheim, California which would pose a financial hardship for Defendant and his mother. Therefore, Defendant wishes to limit the number of personal court appearances and minimize the time and expense of travel to court.

This request is made pursuant to Fed.R.Crim.P. 43(b)(2) and (3).

The original signed copy of this Waiver is being preserved by the attorney undersigned.

DATED: November 1, 2012

*/s/ Kevin A. Ramirez*
Kevin A. Ramirez, Defendant

DATED: November 1, 2012

*/s/ Blanca Trejo*
Blanca Trejo on behalf of Kevin A. Ramirez, Juvenile

I agree and consent to my client's waiver of appearance.

DATED: November 1, 2012

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Office of the Federal Defender
Attorney for Defendant

## O R D E R

GOOD CAUSE APPEARING, **IT IS SO ORDERED**. Defendant's appearance may be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

Dated:   **November 5, 2012**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE